**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **EMERALD LAND CORP.** | **CASE NO. 6:17-CV-01655** |
| **VERSUS** | **UNASSIGNED DISTRICT JUDGE** |
| **TRIMONT ENERGY (BL) LLC, ET AL.** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Joseph H.L. Perez-Montes for Report and Recommendation. After an independent review of the record, and consideration of the objections filed, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the Plaintiff's Motion to Remand [Doc. No. 12] is DENIED.

Monroe, Louisiana, this  21st  day of June, 2018.

_/s/ Robert G. James_
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**