UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| EMERALD LAND CORP, **Plaintiff** | CIVIL ACTION NO. 6:17-CV-01655 |
| VERSUS | JUDGE SUMMERHAYS |
| TRIMONT ENERGY (BL) LLC, *ET AL.*, **Defendants** | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and considering the objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Motion to Amend (ECF No. 142) is GRANTED IN PART to the extent it seeks to add Paragraph 77 but DENIED IN PART in all other respects as futile.

THUS ORDERED AND SIGNED in chambers in Lafayette, Louisiana on this 17th day of December, 2020.

ROBERT R. SUMMERHAYS, JUDGE
UNITED STATES DISTRICT COURT